UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KIM RENEE J., | Civil No. 24-1491 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| FRANK BISIGNANO,<br>*Commissioner of Social Security*. | |
| Defendant. | |

David F. Chermol, **CHERMOL & FISHMAN LLC,** 11450 Bustleton Avenue, Philadelphia, PA 19116, for plaintiff.

James Potter, **SOCIAL SECURITY ADMINISTRATION,** Office of the General Counsel, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

United States Magistrate Judge Elizabeth Cowan Wright filed a Report and Recommendation on June 12, 2025 (ECF No. 15). Based on the Report and Recommendation and all the files and records, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Report and Recommendation;

2. Plaintiff's request for reversal or remand of the Commissioner's decision (ECF 9) is **GRANTED**;

3. Commissioner's brief (ECF 11) is **DENIED**; and

4. This case is **REMANDED** to the Commissioner for further administrative proceedings consistent with this Court's Order.

DATED: July 15, 2025   s/John R. Tunheim
at Minneapolis, Minnesota.      JOHN R. TUNHEIM
   United States District Judge